IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY LYLE, *on behalf of himself and other similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EGS FINANCIAL CARE, INC. f/k/a NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-3014-SCJ |

**O R D E R**

Counsel having informed the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 15th day of August, 2024.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE